UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| Charles Frederick, Jr., | ) | Civil Action No. 5:17-cv-01631-MBS-KDW |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Nancy A. Berryhill, Acting Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

On June 21, 2017, Plaintiff, appearing through counsel, filed this action appealing his denial of social security benefits. Defendant filed an answer and copy of the administrative record on October 20, 2017. ECF Nos. 9, 10. Plaintiff's brief in support of his appeal was due by November 20, 2017. *See* Local Rule 83.VII.04 (D.S.C.); *see also* ECF No. 11. On November 17, 2017, Plaintiff sought and received an extension, making his brief due December 20, 2017. ECF Nos. 12, 13. On December 19, 2017, Plaintiff sought and received a second extension, making his brief due January 3, 2018. ECF Nos. 15, 16. To date, however, Plaintiff has not filed his brief, nor has counsel communicated with the court regarding the extended deadline.

Accordingly, it appears to the court that Plaintiff may wish to abandon this action. If Plaintiff wishes to pursue his appeal, he is ordered to file a brief in support of his appeal no later than **January 23, 2018**. Plaintiff is advised that if he fails to comply with this deadline, the undersigned may recommend that this matter be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

January 9, 2018
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge