IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Charles Frederick, Jr., | ) |
| | ) C/A No. 5:17-1631-MBS |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **O R D E R** |
| Nancy A. Berryhill, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Plaintiff Charles Frederick, Jr. brought this action to obtain judicial review of a final decision of Defendant Commissioner of Social Security denying Plaintiff's application for disability and disability insurance benefits and supplemental security income. On August 1, 2018, the court reversed the decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) and remanded for further administrative proceedings.

This matter now is before the court on Plaintiff's motion for attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), which motion was filed October 31, 2018. Counsel moves for attorney's fees in the amount of $4,032.94 and expenses in the amount of $16.00. On November 14, 2018, the Commissioner filed a response indicating that she does not object to Plaintiff's request. Accordingly, Plaintiff's motion for attorney's fees under the EAJA (ECF No. 35) is **granted** in the amount of $4,048.94 ($4,032.94 + $16.00), to be paid in accordance with the procedures set forth in the Commissioner's response (ECF No. 36).

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina
November 19, 2018